ROBERT S. BROWN, State Bar No. 187845
**ROBERT STANFORD BROWN, APC**
714 W. Olympic Boulevard, Suite 450
Los Angeles, California 90015
Telephone: (213) 745-6300
Facsimile: (213) 261-3906
rstanfordbrown@gmail.com

JONATHAN CORBETT, State Bar No. 325608
**THE LAW OFFICE OF JONATHAN CORBETT**
958 N. Western Avenue, Suite 765
Hollywood, CA 90029
Telephone: (310) 684-3870
jon@corbettrights.com

Attorneys for Plaintiff Daniel Cohen

W. KEITH WYATT, State Bar No. 08059
ADE JACKSON, State Bar No. 331575
**IVIE McNEIL WYATT PURCELL & DIGGS**
444 S. Flower Street, Suite 1800
Los Angeles, CA 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552
wkwyatt@imwlaw.com
ajackson@imwlaw.com

Attorney for Defendants County of Los Angeles, Teresa Malone, and Deputy Shah

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL COHEN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 2:15-cv-3576-JAK (AGR)<br>*Judge Hon. John A. Kronstadt*<br>*Magistrate Hon. Alicia G. Rosenberg*<br><br>**JOINT AGENDA FOR INDEPENDENT DISCOVERY CONFERENCE**<br><br>Hon. Magistrate Judge Alicia R. Rosenberg |

-1-

Plaintiff Daniel Cohen and Defendants County of Los Angeles, Teresa Malone and Deputy Shah (collectively, the "parties") jointly submit this agenda for the October 28, 2021 telephonic discovery conference with Magistrate Judge Rosenberg. The issues that the parties would like to address during the discovery conference are:

- The scheduling of the Rule 30(b)(6) deposition;
- A discussion of Defendants' objections re certain of the Rule 30(b)(6) topics, specifically Topic Nos. 18 – 23.
- A discussion of Defendants' objections set forth in their responses to Plaintiff's RFP [Set Three] specifically, RFP Nos. 171-174, 200, 204-213, 215-216, 220, 238, 247-248, and 253-261.
- Copies of Plaintiff's RFP [Set 3], Defendants' RFP Responses [Set 3], Plaintiff's Rule 30(b)(6) Notice and Defendants' Objections to Plaintiff's Rule 30(b)(6) Notice will be submitted as Exhibits for the Court's review.

DATED: October 27, 2021

**ROBERT STANFORD BROWN, APC**
**THE LAW OFFICE OF JONATHAN CORBETT**

/s/ Robert S. Brown

By: _____
Robert S. Brown
Jonathan Corbett
Attorneys for Plaintiff DANIEL COHEN

DATED: October 27, 2021     **IVIE McNEILL WYATT PURCELL & DIGGS**

/s/ W. Keith Wyatt

By: _____
W. Keith Wyatt
Ade Jackson
Attorneys for Plaintiff COUNTY OF LOS ANGELES, TERESA MALONE, DEPUTY SHAH