W. Keith Wyatt, Esq. (#08059)
wkwyatt@imwlaw.com
Adé Jackson, Esq. (SBN 331575)
ajackson@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS**
A Professional Law Corporation
444 S. Flower Street, Suite 1800
Los Angeles, California 90071
Tel.  (213) 489-0028
Fax  (213) 489-0552

Attorneys for Defendants **COUNTY OF LOS ANGELES, et. al.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COHEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> LOS ANGELES COUNTY, et. al., ) <br> ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> ) | Case No. 2:15-CV-03576 JAK (AGRx) <br> **[Complaint Filed: 5/13/15]** <br><br> DEFENDANT COUNTY OF LOS ANGELES' OBJECTIONS TO PLAINTIFF DANIEL COHEN'S RULE 30(b)(6) DEPOSITION NOTICE |

TO PLAINTIFF DANIEL COHEN AND THEIR ATTORNEYS OF RECORDS HEREIN:

PLEASE TAKE NOTICE that Defendant COUNTY OF LOS ANGELES hereby objects to the Rule 30(b)(6) notice of deposition served by Plaintiff DANIEL COHEN which scheduled the deposition for October 14, 2021, at 10:00 a.m., on the grounds that said deposition was scheduled unilaterally by counsel for

1

Plaintiff without meeting and conferring with counsel for Defendant to determine whether Defendant's designee(s) and/or counsel for Defendant were available for the deposition. Defendant will meet and confer with Plaintiff's counsel to select a mutually agreeable date for the deposition.

Further, Defendant objects to the Rule 30(b)(6) topics as follows:

**REQUEST NO. 1:**

Any and all facts regarding the medical treatment that Daniel Cohen received from the County of Los Angeles between December 31, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 1:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "medical treatment that Daniel Cohen received from the County of Los Angeles." Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive.

**REQUEST NO. 2:**

Any and all facts regarding any medical treatment, aid or attention received by Daniel Cohen from Teresa Malone January 1, 2014 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 2:**

Objection. Defendant has already produced Teresa Malone for her deposition on October 4, 2021, and she is the person most knowledgeable regarding her treatment of plaintiff, therefore, Defendant objects to this topic on the grounds that it is unduly burdensome and oppressive.

**REQUEST NO. 3:**

Any and all facts regarding any rep01i(s) of any incident(s) made by Daniel Cohen in which he alleged that he was the victim of violence by any other inmate 01 pretrial detainee while in custody of the County of Los Angeles between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 3:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "any report(s) of any incident(s)." Defendant also objects to this topic on the grounds that it is burdensome and oppressive.

**REQUEST NO. 4:**

Any and all investigations of the County of Los Angeles regarding any allegation of Daniel Cohen that he was a victim of violence while he was in the custod of the County of Los Angeles.

**OBJECTIONS TO TOPIC NO. 4:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to time, scope, and substance. Defendant also objects to this topic on the grounds that it assumes facts, and is also irrelevant and unduly burdensome.

**REQUEST NO. 5:**

Any and all investigations of the County of Los Angeles regarding any allegation of Daniel Cohen that he received inadequate medical treatment, aid or attention while he was in the custody of the County of Los Angeles.

**OBJECTIONS TO TOPIC NO. 5:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to time, scope, and substance. Defendant also objects to this topic on the grounds that it assumes facts, and is also irrelevant and unduly burdensome.

**REQUEST NO. 6:**

Any and all facts regarding any denial by the County of Los Angeles of any request of Daniel Cohen for eyeglasses between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 6:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "any denial by the County of Los Angeles of any request of

Daniel Cohen for eyeglasses." Defendant also objects to this topic on the grounds that it assumes facts, and is also unduly burdensome and oppressive.

**REQUEST NO. 7:**

The identity of any County of Los Angeles employee who denied Daniel Cohen's request for eyeglasses for the time period between January 28, 2013 and May 8 2014.

**OBJECTIONS TO TOPIC NO. 7:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to scope and substance. Defendant also objects to this topic on the grounds that it assumes facts, is unduly burdensome, and violates the privacy rights of County of Los Angeles employees regarding their employment/personnel records.

**REQUEST NO. 8:**

Any and all operative policies of the County of Los Angeles regarding the housing, care and monitoring of vision-impaired inmates or pretrial detainees for the time period between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 8:**

Objection. Defendant objects to this request on the ground it is vague, ambiguous, and overbroad as to "any and all operative policies." Defendant also objects to this request on the grounds that it is conjunctive, burdensome and oppressive.

**REQUEST NO. 9:**

Any and all operative policies of the County of Los Angeles regarding the protection of the inmates or pretrial detainees against violence by other inmates o pretrial detainees for the time period between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 9:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "any and all operative policies." Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive.

**REQUEST NO. 10:**

Daniel Cohen's housing assignments while in the custody of the County of Los Angeles between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 10:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad. Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive.

**REQUEST NO. 11:**

The identity of all doctors and nurses who provided medical care to Daniel Cohen, on behalf of the County of Los Angeles, for the time period between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 11:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "all doctors and nurses who provided medical care to Daniel Cohen, on behalf of the County Los Angeles." Defendant also objects to this topic on the grounds that it violates the privacy rights of the County of Los Angeles' employees regarding their employment/personnel records, and is also burdensome and oppressive as this information should be sought by other discovery methods.

**REQUEST NO. 12:**

Any and all facts regarding Deputy Shah's decision to cancel Daniel Cohen's medical appointment in April of 2014.

**OBJECTIONS TO TOPIC NO. 12:**

Objection. Defendant Deputy Shah's deposition was taken on October 7, 2021, and he is the person most knowledgeable for the topic described. Therefore, Defendant objects to this topic on the grounds that it is unduly burdensome and oppressive.

**REQUEST NO. 13:**

Any and all operative policies of the County of Los Angeles regarding the

transport of inmates or pretrial detainees from the County of Los Angeles jail facility t any outside medical facility for medical treatment purposes, for the time period between January 28, 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 13:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "any and all operative policies." Defendant also objects to this topic on the grounds that it is irrelevant, unduly burdensome, oppressive, and seeks information which could compromise the security of the transportation of inmates.

**REQUEST NO. 14:**

Any and all information that the County of Los Angeles had in its possession regarding any eye surgery that Daniel Cohen had for the time period between January 28 2013 and May 8, 2014.

**OBJECTIONS TO TOPIC NO. 14:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "any and all information that the County of Los Angeles had in its possession." Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive.

**REQUEST NO. 15:**

The identity of the Los Angeles County Deputies who were on duty in the donnitory where Daniel Cohen was housed during the time period between February 12, 2013 and February 15, 2013.

**OBJECTIONS TO TOPIC NO. 15:**

Objection. Defendant objects to this topic seeks information that violates the privacy rights of County of Los Angeles' employees regarding their employment/personnel records. Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive as this information should be sought by other discovery methods.

**REQUEST NO. 16:**

Any and all information regarding Daniel Cohen being selected for work release in March 2013.

**OBJECTIONS TO TOPIC NO. 16:**

Objection. Defendant objects to this topic on the grounds it is irrelevant and not proportional to the needs of the case. Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive as this information should be sought by other discovery methods.

**REQUEST NO. 17:**

Any and all facts regarding Daniel Cohen's medical screening at the time that he began his incarceration with the County of Los Angeles in January 2013.

**OBJECTIONS TO TOPIC NO. 17:**

Objection. Defendant objects to this topic on the grounds it is irrelevant and not proportional to the needs of the case. Defendant also objects to this topic on the grounds that it is unduly burdensome and oppressive as this information should be sought by other discovery methods.

**REQUEST NO. 18:**

The identity of all current or fo1111er County of Los Angeles Sheriffs Deputies who have been investigated by the County of Los Angeles for denying a irunate or pretrial detainee the opportunity to receive medical care or treatment for the time period from January 1, 2013 to the present.

**OBJECTIONS TO TOPIC NO. 18:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "all current and former County of Los Angeles Sheriff's Deputies who have been investigated by the County of Los Angeles." Defendant also objects to this topic on the grounds that it violates the privacy rights of County of Los Angeles employees regarding their employment/personnel records. Further

Defendant objects to this topic as irrelevant, not proportional to the needs of the case, unduly burdensome and oppressive.

**REQUEST NO. 19:**

All of the County of Los Angeles' sustained findings that a current or former County of Los Angeles Sheriff's Deputy denied an inmate or pretrial detainee the opportunity to receive medical care or treatment for the time period from January 1, 2013 to the present.

**OBJECTIONS TO TOPIC NO. 19:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "sustained findings." Defendant also objects to this topic on the grounds that it violates the privacy rights of County of Los Angeles employees regarding their employment/personnel records. Further Defendant objects to this topic as irrelevant, not proportional to the needs of the case, unduly burdensome and oppressive.

**REQUEST NO. 20:**

The identity and contact information of all individuals who initiated a complaint of denial of the opportunity to receive medical care or treatment against a current or former County of Los Angeles Sheriff's Deputy during the time period from January 1, 2013 to the present.

**OBJECTIONS TO TOPIC NO. 20:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "all individuals who initiated a complaint." Defendant also objects to this topic on the grounds that it violates the privacy rights of individuals incarcerated in County of Los Angeles facilities regarding their jail records. Further, Defendant objects because this topic is conjunctive, irrelevant, not proportional to the needs of the case, unduly burdensome and oppressive.

////

////

**REQUEST NO. 21:**

The identity of all current or former County of Los Angeles medical staff employees who have been investigated by the County of Los Angeles for deliberate indifference to the medical needs of an inmate or pretrial detainee for the time period from January 1, 2013 to the present.

**OBJECTIONS TO TOPIC NO. 21:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "all current and former County of Los Angeles medical staff employees who have been investigated by the County of Los Angeles." Defendant also objects to this topic on the grounds that it violates the privacy rights of County of Los Angeles employees regarding their employment/personnel records. Further Defendant objects because this topic is not proportional to the needs of the case, unduly burdensome and oppressive.

**REQUEST NO. 22:**

All of the County of Los Angeles' sustained findings that a current or former County of Los Angeles medical staff employee was deliberately indifferent to the medical needs of an inmate or pretrial detainee for the time period from January 1, 2013 to the present.

**OBJECTIONS TO TOPIC NO. 22:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "sustained findings." Defendant also objects to this topic on the grounds that it violates the privacy rights of County of Los Angeles employees regarding their employment/personnel records. Further Defendant objects to this topic as irrelevant, not proportional to the needs of the case, unduly burdensome and oppressive.

////

////

DEFENDANT COUNTY OF LOS ANGELES' OBJECTION TO PLAINTIFF DANIEL COHEN'S RULE 30(b)(6) DEPOSITION NOTICE

**REQUEST NO. 23:**

The identity and contact information of all individuals who initiated complaint of deliberate indifference to the medical needs of an inmate or pretrial detained against a County of Los Angeles medical staff employees during the time period fr01 January 1, 2013 to the present.

**OBJECTIONS TO TOPIC NO. 23:**

Objection. Defendant objects to this topic on the grounds it is vague, ambiguous, and overbroad as to "all individuals who initiated a complaint." Defendant also objects to this topic on the grounds that it violates the privacy rights of individuals incarcerated in County of Los Angeles facilities regarding their jail records. This topic also violates the privacy rights of County of Los Angeles employees regarding their employment/personnel records. Further, Defendant objects because this topic is irrelevant, not proportional to the needs of the case, unduly burdensome and oppressive.

Dated: October 8, 2021

**IVIE McNEILL WYATT PURCELL & DIGGS**

By: _____/s/ Adé Jackson_____
**W. KEITH WYATT
ADÉ JACKSON
Attorneys for Defendants
COUNTY OF LOS ANGELES**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

    I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 444 South Flower Street, Suite 1800, Los Angeles, California, 90071.

    On **October 8, 2021,** I served the foregoing document described as **DEFENDANT COUNTY OF LOS ANGELES' OBJECTION TO PLAINTIFF DANIEL COHEN'S RULE 30(b)(6) DEPOSITION NOTICE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed on attached Service List:

[ ]    **BY PERSONAL DELIVERY**: I caused such envelope to be delivered by hand to the addressee.

[ X ]    **BY EMAIL TRANSMISSION**: I caused such DOCUMENT to be transmitted to the addressee. See Service List below

[ ]    **BY MAIL**: I caused such envelope to be deposited in the mail at Los Angeles, California, with first class postage thereon fully prepaid. I am readily familiar with the business practice for collection and processing of correspondence for mailing. Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the Ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

[ ]    **BY FACSIMILE TRANSMISSION**: I caused such documents to be transmitted to the offices of the addressee via facsimile machine, on the date specified above. The facsimile machine telephone number I used, 213-489-0552, was in compliance with Rule 2003(3) and the transmission was reported as complete without error. Pursuant to Rule 2008(e), I caused a copy of the transmission report to be properly issued by the transmitting facsimile machine.

[ ]    **BY GSO OVERNIGHT DELIVERY**: I am "readily familiar" with the firm's practice of collection and processing correspondence for Federal Express. Under that practice, it would be picked up by a representative on that same day, in the ordinary course of business and would be delivered the next business day.

[✓]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on **October 8, 2021,** Los Angeles, California.

                                              ___/s/M. Christina Munoz_____
                                              **M. CHRISTINA MUNOZ**

DEFENDANT COUNTY OF LOS ANGELES' OBJECTION TO PLAINTIFF DANIEL COHEN'S RULE 30(b)(6) DEPOSITION NOTICE

# SERVICE LIST

Robert S. Brown, Esq.
ROBERT STANFORD BROWN, APC
714 W. Olympic Boulevard, Suite 450
Los Angeles, California 90015
Telephone: (213) 745-6300
Facsimile: (213) 261-3906
rstanfordbrown@gmail.com

Jonathan Corbett, Esq.
THE LAW OFFICE OF JONATHAN CORBETT
958 N. Western Avenue, Suite 765
Hollywood, CA 90029
Telephone: (310) 684-3870
jon@corbettrights.com

DEFENDANT COUNTY OF LOS ANGELES' OBJECTION TO PLAINTIFF DANIEL COHEN'S
RULE 30(b)(6) DEPOSITION NOTICE