# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL COHEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LOS ANGELES COUNTY, et al.,<br><br>　　　　Defendants. | No. 2:15-CV-3576-JAK (AGRx)<br><br>**JUDGMENT**<br><br>**JS-6: CASE TERMINATED** |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. Judgment is entered in favor of Plaintiff, Daniel Cohen, and against Defendant, Los Angeles County, in this matter.

2. Defendant shall pay to Plaintiff $645,000 (the "Sum"), which includes a jury verdict in the amount of $499,700.00, all attorney's fees and expenses, and all prejudgment and post-judgment interest awardable in this action.

3. No party may seek any additional fees or costs in this action.

4. Upon receiving payment of the Sum, Plaintiff shall immediately file a Satisfaction of Judgment.

**IT IS SO ORDERED.**

Dated: January 2, 2025                    _____
                                                 John A. Kronstadt
                                                 United States District Judge